In the Matter of HERBERT H. HERRMAN, Individually and on Behalf of Other Tenants of Hotel Dauphin, Inc., Similarly Situated, Respondent, against PAUL L. Ross et al., Constituting the Temporary City Housing Rent Commission of the City of New York, et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the determination of the temporary city housing rent commission reinstated and confirmed. (*Matter of Mouakad* v. *Ross*, 274 App. Div. 74.) Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Application of BUENAVENTURA FOREIGN TRADE CORPORATION, Appellant, to Stay Arbitration between Appellant and MONTAUK MILLS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post,* p. 927.]

CORN EXCHANGE BANK TRUST COMPANY et al., as Trustees under a Deed of Trust Dated May 1, 1913, Respondents, v. A. C. and H. M. HALL REALTY COMPANY et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

MATHILDE V. ROCKER, Appellant, v. LOUIS P. ROCKER, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

SARAH ENGLANDER, as Administratrix of the Estate of ALBERT ENGLANDER, Deceased, Respondent, v. S & E MOTOR HIRE CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

AMERICAN SAVINGS BANK, Appellant, v. HARMIN PROPERTY CORPORATION et al., Defendants, and MARCELLA SMITH, as Receiver, Respondent.— In view of the unexplained delay in bringing on this appeal from an intermediate order, the nature of which dictated a prompt prosecution of an appeal, if any was to be taken, the court would not be warranted in reviewing the discretion of Special Term. Order unanimously affirmed, with $20 costs and disbursements. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Arbitration between MUTUAL SUNSET LAMP MANUFACTURING CO., INC., Appellant, and RUSSEL WRIGHT, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 61 PARK AVENUE CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [61, 63–65 Park Ave., 102 and 104 E. 38th St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Accounting of WILLIAM W. CARMAN et al., as Executors and Trustees under the Will of ARTHUR C. JAMES, Deceased, Respondents-Appellants. JAMES FOUNDATION OF NEW YORK, INC., et al., Appellants-Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs payable out of the estate. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [189 Misc. 24.] [See *post,* p. 927.]